**Kathryn SLIGAR, Appellant,**

v.

**DIVISION OF EMPLOYMENT SECURITY, Respondent.**

**WD 79482**

Missouri Court of Appeals, Western District.

ORDER FILED: November 22, 2016

Kathryn Sligar, Grain Valley, MO, Appellant Acting Pro Se

Ninion Riley, Jefferson City, MO, Counsel for Respondent

Before Division Three: Alok Ahuja, P.J., Victor C. Howard, and James Edward Welsh, JJ.

## ORDER

Per Curiam:

Kathryn Sligar appeals the Labor and Industrial Relations Commission's decision denying her unemployment benefits. We affirm the decision of the Commission. Rule 84.16(b).